IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Oats, Kenneth | Case Number: 04 B 45727 |
|---|---|---|
| | Oats, Veronica | Judge: Goldgar, A. Benjamin |
| | Printed: 10/22/08 | Filed: 12/13/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 9, 2008
Confirmed: March 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 51,245.00 |  |
| Secured: |  | 46,001.92 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 2,543.08 |
| Other Funds: |  | 0.00 |
| Totals: | 51,245.00 | 51,245.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | General Motors Acceptance Corp | Secured | 4,917.81 | 4,491.98 |
| 3. | GMAC Mortgage Corporation | Secured | 40,801.49 | 34,580.46 |
| 4. | GMAC Mortgage Corporation | Secured | 8,324.18 | 6,929.48 |
| 5. | Jefferson Capital | Unsecured | 987.58 | 0.00 |
| 6. | Jefferson Capital | Unsecured | 300.41 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 2,116.66 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 381.32 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 470.24 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 15,266.19 | 0.00 |
| 11. | General Motors Acceptance Corp | Unsecured | 2,023.43 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 3,526.61 | 0.00 |
| 13. | T Mobile USA | Unsecured | 591.21 | 0.00 |
| 14. | Cingular Wireless | Unsecured | | No Claim Filed |
| 15. | Cottage Emergency Physicians | Unsecured | | No Claim Filed |
| 16. | Brinks | Unsecured | | No Claim Filed |
| 17. | Midland Finance Company/CPS | Unsecured | | No Claim Filed |
| 18. | T Mobile USA | Unsecured | | No Claim Filed |
| 19. | U S Cellular | Unsecured | | No Claim Filed |
| | | | $ 82,407.13 | $ 48,701.92 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Oats, Kenneth | Case Number: 04 B 45727 |
|---|---|---|
| | Oats, Veronica | Judge: Goldgar, A. Benjamin |
| | Printed: 10/22/08 | Filed: 12/13/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 429.00 |
| 3% | 105.75 |
| 5.5% | 891.00 |
| 5% | 165.00 |
| 4.8% | 220.80 |
| 5.4% | 523.53 |
| 6.5% | 208.00 |
| | $ 2,543.08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

